**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**THE PARISH OF CAMERON**  **CIVIL ACTION: 2:18-cv-00686**

**VERSUS**  **JUDGE: DEE D DRELL**

**ATLANTIC RICHFIELD COMPANY,**  **MAGISTRATE: KATHLEEN KAY**
**et al.**

**NOTICE OF RE-FILED CASE**

Dear Judges Drell, Hicks and Doughty:

        We represent the plaintiffs in the above captioned case which has been removed to this Court. I am writing to call this Court's attention to the fact that this case is the very same case that was previously removed to this Court and remanded by Judge Doughty under Docket No. 2:16-cv-00532-TAD-KK. In other words, as noted on the attachment to the Civil Cover Sheet (Doc. 1-61) in the above captioned matter, this is a re-filed case.  It is our understanding the practice of the Western District is to assign re-filed cases to the Judge previously assigned to such cases.  Pursuant to this practice, this case would have been assigned to Judge Doughty.

        With kindest regards I am,

                                        Yours very truly,

                                        TALBOT, CARMOUCHE & MARCELLO
                                        17405 Perkins Road
                                        Baton Rouge, LA 70810
                                        Telephone: (225) 400-9991
                                        Fax: (225) 448-2568

                                        Donald T. Carmouche, Bar #2226
                                        Victor L. Marcello, Bar # 9252
                                        John H. Carmouche, Bar #22294
                                        William R. Coenen, III, Bar #27410
                                        Brian T. Carmouche, Bar #30430
                                        Todd J. Wimberley, Bar #34862
                                        Ross J. Donnes, Bar #33098
                                        D. Adele Owen, Bar #21001
                                        Leah C. Poole, Bar #35092
                                        Christopher D. Martin, Bar #30613

Chad E. Mudd, Bar #25188
David Bruchhaus, Bar #24326
MUDD & BRUCHHAUS, L.L.C.
410 E. College St.
Lake Charles, LA 70605
Telephone: (337) 562-2327
Fax: (337) 562-2391


By: */s/Victor L. Marcello (9252)*

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. The foregoing has also been served electronically on all known counsel.

By: */s/Victor L. Marcello (9252)*